

# COURT OF APPEALS
# EIGHTH DISTRICT OF TEXAS
# EL PASO, TEXAS

---

## No. 08-24-00357-CV

---

Michael Helling, Jackson Helling, and Courtney Trujillo, Appellants

v.

Tanya Kerr and TDK Acquisitions, LLC d/b/a T. Kerr Property Group, Appellees

---

On Appeal from the 395th Judicial District Court
Williamson County, Texas
Trial Court No. 24-0729-C395

---

## JUDGMENT

The Court has considered this cause on the record and concludes there was no error in the judgment. We affirm the trial court's denial of Appellants' Texas Citizens Protection Act motions to dismiss. We order that Appellees recover from Appellants all costs of appeal, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED this 22nd day of December 2025.

LISA J. SOTO, Justice

Before Salas Mendoza, C.J., Palafox and Soto, JJ.